RECEIVED

JUL 14 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **WILLIAM JOSEPH VICKERS and GLADYS VICKERS** | * | **CIVIL ACTION NO. 12-2532** |
| **VERSUS** | * | **JUDGE DONALD E. WALTER** |
| **HYUNDAI MOTOR AMERICA CORPORATION, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-captioned complaint filed by plaintiffs, William Joseph Vickers and Gladys Vickers, be, and is hereby DISMISSED, with prejudice in its entirety. Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this ⁣11 day of July, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE